**EXHIBIT A**

**Organizational Chart**

# Alpine Summit Energy Partners Structure Chart
## (as of 6/30/23)

6/30/23



Legend

Debtor    Non-Debtor

1

# Alpine Summit Funding Structure Chart

6/30/23



**Legend**

| Debtor | Non-Debtor |
|--------|------------|

2

# Alpine Maverick VI Structure Chart

6/30/23



**Legend**

| Debtor | Non-Debtor |
|--------|------------|

# Alpine Red Dawn II Structure Chart

6/30/23



# Alpine Maverick VII Structure Chart

6/30/23



**Legend**

| Debtor | Non-Debtor |
|--------|-----------|