**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| **ALPINE SUMMIT ENERGY PARTNERS** | § | |
| **INC.**, *et al.*[1] | § | |
| | § | Case No. 23-90739 (DRJ) |
| Debtors. | § | |
| | § | (Jointly Administered) |

**************************************************************************

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby files this Notice of Appearance and Request for Service of Papers on behalf of ALDONSA, INC. d/b/a OILFIELD INSTRUMENTATION USA, a creditor in the above-captioned case, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices in this case be given to and served upon the following:

> Armistead M. Long (Texas Bar No. 24035576)
> **GORDON ARATA MONTGOMERY BARNETT**
> **MCCOLLAM DUPLANTIS & EAGAN, LLC**
> 400 E. Kaliste Saloom Road, Suite 4200
> New Orleans, Louisiana 70170
> Telephone:   (337) 237-0132
> Facsimile:   (337) 237-3451
> Email:        along@gamb.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are Alpine Summit Energy Partners, Inc. (3755), HB2 Origination, LLC (6760), Ageron Energy II, LLC (1436), Ironroc Energy Partners LLC (9801), Ageron Ironroc Energy, LLC (N/A), Alpine Summit Energy Investors, Inc. (4428), and Alpine Carbon, LLC (N/A). The location of the Debtors' service address is: 3322 West End Ave, Suite 450, Nashville, TN 37203.

3696887v1

The undersigned counsel consents to service of notices by facsimile or electronic mail. This request encompasses all notices and pleadings in Section 1109(b) of Title 11 of the United States Code, or in Rules 2002, 3017, 9007, or 9010(b) of the Federal Rules of Bankruptcy Procedures, including notices of any order, motion, complaint, petition, or request, application, or any other document brought before this Court, whether formal or informal, which affects this case.

Respectfully submitted,

GORDON, ARATA, MONTGOMERY, BARNETT
  MCCOLLAM, DUPLANTIS & EAGAN, LLC

By: */s/ Armistead M. Long*
Armistead M. Long
Texas Bar No. 24035576
400 E. Kaliste Saloom Rd., Suite 4200
Lafayette, Louisiana, 70508
Telephone:  (337) 237-0132
Facsimile:   (337) 237-3451
E-Mail: along@gamb.law

*Counsel for Aldonsa, Inc. d/b/a Oilfield Instrumentation USA*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2023, I caused a copy of the foregoing document to be transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all registered ECF users appearing in the case.

*/s/ Armistead M. Long*
Armistead M. Long

3696887v1