Electronic Appearance Sheet

Blake Hamm, Mehaffy Weber PC
Client(s): Cameron International Inc.; Schlumberger International Corp.; Baker Hughes Oilfield Operations, LLC; Baker Petrolite, LLC; Bighorn Oilfield Services, LLC; Butch's Rat Hole & Anchor Service, Inc.; Double Diamond Tubulars LLC; Energy Fishing & Rental Services, Inc.; GryphonESP, LLC; SP Silica of Atascosa, LLC; Sicard Petroleum Consultants, LLC; Solid Liberty Rental Services, LLC; Solid Liberty Services, LLC; PermTex Solutions, LLC; Texas Quality Mats, LLC; TransTex, LLC; Tryton Tools USA, Inc.

Kevin Pennell, Pennell Law Firm PLLC
Client(s): Legacy Energy Services

Michael Gilmore, DoreRothberg
Client(s): Knight Energy Services

Clayton Turner, Bollier Ciccone, LLP
Client(s): TGM Services, Inc.

Eric English, Porter Hedges LLP
Client(s): Debtors and Debtors in Possession

M. Shane Johnson, Porter Hedges LLP
Client(s): Debtors and Debtors in Possession

Megan Young-John, Porter Hedges LLP
Client(s): Debtors and Debtors in Possession

Heather Hatfield, Porter Hedges LLP
Client(s): Debtors and Debtors in Possession

James Keefe, Porter Hedges LLP
Client(s): Debtors and Debtors in Possession

Harris Stamey, Porter Hedges LLP
Client(s): Debtors and Debtors in Possession

Jordan Stevens, Porter Hedges LLP
Client(s): Debtors and Debtors in Possession

Michael Rubenstein, LIskow & Lewis
Client(s): Magnolia Oil & Gas Operating LLC

Connor Smith, Dore Rothberg Law
Client(s): Knight Energy Services, LLC

William Farrar, Farrar Law Group
Client(s): Dallas Petroleum Group, LLC

Mitchell Ayer, Dore Rothberg Law
Client(s): Knight Energy Services LLC

Electronic Appearance Sheet

William Thorne, MehaffyWeber, PC
Client(s): Bighorn Oilfield Services, LLC d/b/a Amarok Energy Services
Baker Hughes Oilfield Operations LLC
Baker Petrolite LLC
Butch's Rat Hole & Anchor Service, Inc.
Cameron International Inc.
Double Diamond Tubulars LLC
Energy Fishing & Rental Services, Inc.
Elevated Rental Services LLC
GryphonESP, LLC
Schlumberger International Corporation
SP Silica of Atascosa, LLC
Sicard Petroleum Consultants, LLC
Solid Libety Rental Services LLC
Solid Liberty Services LLC
PermTex Solutions LLC dba Tejas Completion Services LLC
Texas Quality Mats, LLC
Toolpushers Supply Co.
TransTex, LLC
Tryon Tools USA, Inc.


Ben Finestone, Quinn Emanuel
Client(s): Development Partnership Claimant Committee

Benjamin Finestone, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): Ad Hoc Committee of Drilling Partnership Claimants

Bruce Ruzinsky, Jackson Walker LLP
Client(s): Bank7

Ha Nguyen, U.S. Trustee
Client(s): U.S. Trustee

Mike Held, Jackson Walker LLP
Client(s): Bank7

Carl Dore, Dore Rothberg Law, P.C.
Client(s): Axis Energy Services, LLC
Bell Supply Company, LLC
Conquest Completion Services, LLC
Dynamic Oilfield Services, LLC
Endurance Lift Holdings, LLC
In Line Energy Services LLC
Key Energy Services,
Knight Energy Services, LLC
NCS Multistage, LLC

Electronic Appearance Sheet

Nitro Fluids LLC
RPC, Inc.
Solaris Oilfield Infrastructure, LLC
Strox Systems, LLC


Holly  Hamm, Mehaffy Weber PC
Client(s): Bighorn Oilfield Services, LLC d/b/a Amarok Energy; Baker Hughes Oilfield Operations LLC,
Baker Petrolite LLC; Butch's Rathole & Anchor Service, Inc.; Cameron International Inc.; Double Diamond
Tubulars LLC; Energy Fishing & Rental Services, Inc.; Elevated Rental Services LLC; GryphonESP, LLC;
Schlumberger International Corporation; SP Silica of Atascosa LLC; Sicard Petroleum Consultants, LLC;
Solid Liberty Services LLC; Solid Liberty Rental Services LLC; PermTex Solutions LLC d/b/a Tejas
Completion Services LLC; Texas Quality Mats LLC; Toolpushers Supply Co.; TransTex LLC; and Tryton
Tools USA, Inc.

Ross Travis, U.S. Department of Justice
Client(s): U.S. Trustee

Brad Odell, Mullin Hoard & Brown, LLP
Client(s): Amarillo National Bank

Chrystie Holmstrom, Pro Se, None, Pro Se
Client(s): Alpine Summit Energy Partners, Inc.

Jolene Wise, US Securities & Exchange Commission
Client(s): US Securities & Exchange Commission

Olga Kobzar, Scott Douglass & McConnico
Client(s): Prominence Oil & Gas, LLC

Michael Sanders, Sanders PLLC
Client(s): Paleo Oil Company LLC

Jeff Carruth, WKPZ
Client(s): Halliburton Energy Services Inc.

Ken Green, Bonds Ellis
Client(s): GeoSouthern

Amy  Dashiell, Scott Douglass & McConnico LLP
Client(s): Paleo Oil Company LLC

Dan Sparks, Christian & Small LLP
Client(s): CommerceOne Bank

Reagan Brown, Alpine Summit Energy Partners
Client(s): Management

Electronic Appearance Sheet

Lynn Butler, Husch Blackwell
Client(s): Prominence Oil & Gas

James Uloth, Uloth, P.C.
Client(s): San Roman Ranch Mineral Partners, Ltd.

Brandon Jones, Bonds Ellis Eppich Schafer Jones LLP
Client(s): Grappler Pressure Pumping, LLC

Blake Hamm, Mehaffy Weber PC
Client(s): Cameron International, Inc., et. al.

Stephanie McKernan, Pennell Law Firm, PLLC
Client(s): Public observer

Ha Nguyen, U.S. Trustee
Client(s): U.S. Trustee

Michael Rubenstein, Liskow & Lewis
Client(s): Magnolia Oil & Gas Operating, LLC

Bruce Ruzinsky, Jackson Walker LLP
Client(s): Bank7

James Uloth, Uloth, P.C.
Client(s): San Roman Ranch Mineral Partners, Ltd.

Lynn Butler, Husch Blackwell
Client(s): Prominence Oil & Gas

Olga Kobzar, Scott Douglass & McConnico LLP
Client(s): Prominence Oil & Gas

Brad Odell, Mullin Hoard & Brown, L.L.P.
Client(s): Amarillo National Bank

Benjamin Finestone, Quinn Emanuel
Client(s): Ad Hoc Committe of DP Claimants

Mike Held, Jackson Walker LLP
Client(s): Bank7

Amy Dashiell, Scott Douglass & McConnico LLP
Client(s): Prominence Oil & Gas LLC

Carl Dore, Dore Rothberg Law, P.C.
Client(s): Axis Energy Services, LLC
Bell Supply Company, LLC

Electronic Appearance Sheet

Conquest Completion Services, LLC
Dynamic Oilfield Services, LLC
Endurance Lift Holdings, LLC
In Line Energy Services LLC
Knight Energy Services, LLC
NCS Multistage, LLC
Nitro Fluids LLC
RPC, Inc.
Solaris Oilfield Infrastructure, LLC
Solaris Oilfield Infrastructure, LLC
Strox Systems, LLC


Armistead Long, Gordon Arata
Client(s): Aldonsa, Inc.