UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| ALPINE SUMMIT ENERGY PARTNERS, INC., *et al.* | § Case No. 23-90739 (DRJ) |
| Debtors.[1] | § (Jointly Administered) |

### DEBTORS' SECOND SUPPLEMENTAL WITNESS AND EXHIBIT LIST FOR FIRST DAY HEARING ON JULY 7, 2023[2]

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this supplemental witness and exhibit list (the "Witness and Exhibit List") for the continued virtual hearing to be held on July 7, 2023, at 3:00 p.m. (CDT) before the Honorable David R. Jones, at the United States Bankruptcy Court for the Southern District of Texas, in Courtroom 400, 515 Rusk Street, Houston, Texas 77002.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are Alpine Summit Energy Partners, Inc. (3755), HB2 Origination, LLC (6760), Ageron Energy II, LLC (1436), Ironroc Energy Partners, LLC (9801), Ageron Ironroc Energy, LLC (N/A), Alpine Summit Energy Investors, Inc. (4428), and Alpine Carbon, LLC (N/A). The location of the Debtors' service address is: 3322 West End Ave, Suite 450, Nashville, TN 37203.

[2] The First Day Hearing commenced on July 6, 2023 and has continued into July 7, 2023. The Debtors incorporate and carry forward the witness and exhibit list filed at Docket Nos. 25 and 64, as supplemented herein.

14065774

**EXHIBITS**

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 21. | Wellbore Assignment and Bill of Sale from HB2 Origination, LLC to Alpine Summit Funding LLC, effective April 1, 2022 | | | | |
| 22. | Wellbore Assignment and Bill of Sale from HB2 Origination, LLC to Alpine Summit Funding LLC, effective September 1, 2022 | | | | |
| 23. | First Amended and Restated Wellbore Interest Deed of Trust, Mortgage, Assignment of As-Extracted Collateral, Security Agreement, Fixture Filing and Financing Statement from Alpine Summit Funding LLC, as Mortgagor, to Marcus Simpson, as Trustee, for the Benefit of UMB Bank, N.A., dated September 12, 2022 | | | | |

The Debtors reserve their right to amend, supplement, or delete any witness and exhibits prior to the hearing. The Debtors reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. The Debtors finally reserve the right to introduce exhibits previously admitted.

Dated: July 7, 2023.
      Houston, Texas

                              **PORTER HEDGES LLP**

                    By:   */s/ Eric M. English*
                          Eric M. English (TX 24062714)
                          M. Shane Johnson (TX 24083263)
                          Megan Young-John (TX 24088700)
                          Michael B. Dearman (TX 24116270)

14065774

James Keefe (TX 24122842)
Jordan Stevens (TX 24106467)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
eenglish@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
mdearman@porterhedges.com
jkeefe@porterhedges.com
jstevens@porterhedges.com

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

## **CERTIFICATE OF SERVICE**

      I certify that on July 7, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

                                              /s/ *Eric M. English*
                                              Eric M. English

14065774