UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ALPINE SUMMIT ENERGY PARTNERS, INC., et al. | § § § | Case No. 23-90739 (Jointly Administered) |
| Debtors[1] | § § | |

**HALLIBURTON ENERGY SERVICES, INC.'S JOINDER WITH KNIGHT ENERGY SERVICES, LLC'S OBJECTION TO DEBTORS' EMERGENCY MOTION TO OBTAIN POST-PEITITON FINANCING (RE: DOCKET NO. 54)**

Halliburton Energy Services, Inc. ("Halliburton"), secured creditor and party in interest, files this joinder regarding the Debtor's motion for authority to obtain post-petition financing (Docket No. 5) and in support thereof would show the Court the following.

1. Halliburton joins the objections, arguments, requests for relief, and/or authorities filed by Knight Energy Services, LLC (Docket No. 54).

2. Otherwise, Halliburton expressly reserves the right to update, supplement, and/or amend this Joinder. Halliburton further preserves the right to raise any other such objections or to join in any other objections to the DIP Motion.

WHEREFORE, Halliburton Energy Services, Inc. respectfully requests that the Court grant the relief sought in the objection (Docket No. 54). Creditor respectfully requests such other and further relief to which Creditor is entitled at law or in equity.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits o f t he Debtors' federal tax identification number, are Alpine Summit Energy Partners, Inc. (3755), HB2 Origination, LLC (6760), Ageron Energy II, LLC (1436), Ironroc Energy Partners, LLC (9801), Ageron Ironroc Energy, LLC (N/A), Alpine Summit Energy Investors, Inc. (4428), and Alpine Carbon, LLC

1

Dated: July 7, 2023                           Respectfully submitted:

                          WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                          By: */s/ Jeff Carruth*
                              JEFF CARRUTH (TX SBN:. 24001846)
                              24 Greenway Plaza, Suite 2050
                              Houston, TX 77046
                              Telephone: (713) 341-1158
                              Fax: (713) 961.5341
                              E-mail: jcarruth@wkpz.com

                        ATTORNEYS FOR HALLIBURTON ENERGY
                        SERVICES, INC.

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing item on July 7, 2023 was served to all registered ECF users to have appeared to date in the above-captioned bankruptcy case, which includes the parties listed below.

                            : */s/ Jeff Carruth*
                            JEFF CARRUTH

**23-90739 Notice will be electronically mailed to:**

Mitchell E Ayer on behalf of Creditor Knight Energy Services, LLC
mayer@dorelaw.com, chymel@dorelaw.com

Lynn Hamilton Butler on behalf of Interested Party Prominence Oil & Gas, LLC
lynn.butler@huschblackwell.com, penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com;lynn-hamilton-butler-2113@ecf.pacerpro.com

Jeffery Dayne Carruth on behalf of Creditor Halliburton Energy Services, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com

Eric Michael English on behalf of Debtor Ageron Energy II, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Eric Michael English on behalf of Debtor Ageron Ironroc Energy, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Eric Michael English on behalf of Debtor Alpine Carbon, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Eric Michael English on behalf of Debtor Alpine Summit Energy Investors, Inc.
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Eric Michael English on behalf of Debtor Alpine Summit Energy Partners, Inc.
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Eric Michael English on behalf of Debtor HB2 Origination, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Eric Michael English on behalf of Debtor Ironroc Energy Partners LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Michael Shane Johnson on behalf of Debtor Alpine Summit Energy Partners, Inc.
sjohnson@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com

Hunter Brandon Jones on behalf of Creditor Grappler Pressure Pumping, LLC
brandon@bondsellis.com, linda.gordon@bondsellis.com

Armistead Mason Long on behalf of Creditor Aldonsa, Inc.d/b/a Oilfield Instrumentation USA
along@gamb.law, sroberts@gamb.law;psimon@gamb.law

Ha Minh Nguyen on behalf of U.S. Trustee US Trustee
ha.nguyen@usdoj.gov

Julie Anne Parsons on behalf of Creditor The County of Brazos, Texas
jparsons@mvbalaw.com, vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Michael D Rubenstein on behalf of Creditor Magnolia Oil & Gas Operating LLC
mdrubenstein@liskow.com, lschnabel@Liskow.com

Bruce J Ruzinsky on behalf of Creditor Bank7, an Oklahoma banking corporation
bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Michael C. Sanders on behalf of Creditor ERC Acquisitions II LLC
mcs@sandersfirm.law, bb@sandersfirm.law

Michael C. Sanders on behalf of Creditor Paleo Oil Company, LLC
mcs@sandersfirm.law, bb@sandersfirm.law

Daniel Davidson Sparks on behalf of Creditor CommerceOne Bank

ddsparks@csattorneys.com, dan-sparks-9722@ecf.pacerpro.com

Christopher Ross Travis on behalf of U.S. Trustee US Trustee
C.Ross.Travis@usdoj.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

James Douglas Uloth on behalf of Interested Party San Roman Ranch Mineral Partners, Ltd.
douguloth@ulothlaw.com

Ryan Coel Wooten on behalf of Interested Party Kuvare Insurance Services LP
rwooten@orrick.com, casestream@ecf.courtdrive.com;mtrentin@orrick.com;lmcgowen@orrick.com

Megan Young-John on behalf of Debtor Alpine Summit Energy Partners, Inc.
myoung-john@porterhedges.com

Devin van der Hahn on behalf of Interested Party Ad Hoc Committee of Drilling Partnership Claimants
devinvanderhahn@quinnemanuel.com, cristinagreen@quinnemanuel.com