IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-90739 (DRJ) |
| | § | |
| ALPINE SUMMIT ENERGY | § | Chapter 11 |
| PARTNERS, INC., et al., | § | |
| *Debtors* | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC SERVICE

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following by electronic means:

TITAN DIRECTIONAL DRILLING, LLC
c/o Walter A. Boyd, III
2617 Bissonnet St., Suite 437
Houston, Texas 77005
(713) 869-1200 voice
(713) 583-4647 facsimile
wb3@walterboyd.com

Please take notice that the creditor intends that this Notice of Appearance and any later appearance, pleadings, claim, or suit will not waive (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) the right to trial by jury in any proceeding so triable in this or any related case; (iii) the right to have the District Court withdraw

the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupment to which creditor is entitled under agreements, at law, in equity, or otherwise, all of which are expressly reserved.

Respectfully submitted,

/s/ Walter A. Boyd, III
WALTER A. BOYD, III
SD Fed ID: 6871
Texas Bar No. 02778985
2617 Bissonnet St., Suite 437
Houston, Texas 77005
(713) 869-1200 voice
(713) 583-4647 facsimile
wb3@walterboyd.com
ATTORNEY FOR TITAN DIRECTIONAL DRILLING, LLC

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all parties listed on the Court's ECF transmission list through the e-file system for the Southern District on this the 7th day of July, 2023.

/s/ Walter A. Boyd, III
WALTER A. BOYD, III