**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § |
| | § Chapter 11 |
| | § |
| **ALPINE SUMMIT ENERGY PARTNERS,** | § Case No. 23-90739 (DRJ) |
| **INC.**, *et al.*, | § |
| | § **(Jointly Administered)** |
| Debtors.[1] | § |

## NOTICE OF RESET OF FINAL HEARING ON DIP MOTION

**PLEASE TAKE NOTICE** that on July 6, 2023, the Debtors filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 2002, 4001, and 9014 (I) Approving Postpetition Financing; (II) Allowing Use of Cash Collateral; (III) Granting Liens and Providing Superpriority Administrative Expense Status; (IV) Granting Adequate Protection; (V) Modifying Automatic Stay; (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief* [Docket No. 5] (the "DIP Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the DIP Motion previously set for August 2, 2023 at 2:00 p.m. has been reset to **August 16, 2023 at 10:30 a.m. (Prevailing Central Time),** before Judge David R. Jones. You may participate in the hearing either in person or via audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510.** Once connected, you will be asked to enter the conference room number. Judge Jones' conference room number is **205691.** Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones' home page. The meeting code is "judgejones". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones' home page. Select the case name, complete the required field,s and click "Submit" to complete your appearance.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are Alpine Summit Energy Partners, Inc. (3755), HB2 Origination, LLC (6760), Ageron Energy II, LLC (1436), Ironroc Energy Partners LLC (9801), Ageron Ironroc Energy, LLC (N/A), Alpine Summit Energy Investors, Inc. (4428), and Alpine Carbon, LLC (N/A). The location of the Debtors' service address is: 3322 West End Ave, Suite 450, Nashville, TN 37203.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by (a) accessing the website maintained by Kroll Restructuring Administration LLC ("Kroll") at https://cases.ra.kroll.com/Alpine; (b) contacting Kroll directly at 1-844-219-3705 or via email at AlpineInfo@ra.kroll.com; or (c) for a nominal fee, accessing the PACER system on the Court's website at https://ecf.txs.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

Dated: July 28, 2023
      Houston, Texas

**PORTER HEDGES LLP**

By:   */s/ Eric M. English*
Eric M. English (TX 24062714)
M. Shane Johnson (TX 24083263)
Megan Young-John (TX 24088700)
Michael B. Dearman (TX 24116270)
James A. Keefe (TX 24122842)
Jordan Stevens (TX 24106467)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
eenglish@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
mdearman@porterhedges.com
jkeefe@porterhedges.com
jstevens@porterhedges.com

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

### Certificate of Service

I certify that on July 28, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                       */s/ Eric M. English*
                                       Eric M. English