IN THE UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 23-90739 (DRJ) |
| | § | |
| ALPINE SUMMIT ENERGY PARTNERS, | § | Chapter 11 |
| INC., et al. | § | |
| | § | |
| | § | |
| | § | |
| Debtors[1]. | § | |

**WITNESS AND EXHIBIT LIST FOR HEARING ON AUGUST 2, 2023 BY
LINDA BLACKLOCK, VIRGINIA FISCHER, DARRELL FISCHER, DAVID FISCHER,
AND CATHERINE JOHNSON**

COME NOW Linda Blacklock, Virginia Fischer, Darrell Fischer, David Fischer, and Catherine Johnson (collectively, the "Fischer Family"), and file this Witness and Exhibit List for the hybrid hearing scheduled on **August 2, 2023, at 2:00 p.m. (prevailing Central Time)**, before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk, Houston, TX 77002.

**WITNESSES**

The Fischer Family may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. Linda Blacklock
2. Virginia Fischer
3. Darrell Fischer
4. David Fischer
5. Catherine Johnson
6. Any witness called or listed by any other party; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are Alpine Summit Energy Partners, Inc. (3755), HB2 Origination, LLC (6760), Ageron Energy II, LLC (1436), Ironroc Energy Partners, LLC (9801), Ageron Ironroc Energy, LLC (N/A), Alpine Summit Energy Investors, Inc. (4428), and Alpine Carbon, LLC (N/A). The location of the Debtors' service address is: 3322 West End Ave, Suite 450, Nashville, TN 37203.

7. Any rebuttal witnesses.

## **EXHIBITS**

The Fischer Family may offer into evidence any one or more of the following exhibits:

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1 | Revenue ACH Remittance Statement from HB2 Origination for Linda Blacklock dated June 30, 2023 | | | | |
| 2 | Revenue ACH Remittance Statement from HB2 Origination for Virginia Fischer dated June 30, 2023 | | | | |
| 3 | Revenue ACH Remittance Statement from HB2 Origination for David Fischer dated June 30, 2023 | | | | |
| 4 | Revenue ACH Remittance Statement from HB2 Origination for Darrell Fischer dated June 30, 2023 | | | | |
| 5 | Revenue ACH Remittance Statement from HB2 Origination for Catherine Johnson dated June 30, 2023 | | | | |
| | Any document, pleading, or exhibit filed in the above-captioned bankruptcy case. | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |
| | Any demonstrative exhibits. | | | | |

## RESERVATION OF RIGHTS

The Fischer Family reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list at any time prior to the Hearing. The Fischer Family reserves the right to offer into evidence any exhibit necessary to rebut evidence or testimony offered by any other party and any exhibits listed or used by any other party.

Dated: August 1, 2023

/s/ Suzanne K. Rosen
Jeff P. Prostok
State Bar No. 16352500
Suzanne K. Rosen
State Bar No. 00798518
Dylan T.F. Ross
State Bar No. 24104435
Forshey & Prostok LLP
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151
jprostok@forsheyprostok.com
srosen@forsheyprostok.com
dross@forsheyprostok.com

ATTORNEYS FOR LINDA BLACKLOCK, VIRGINIA FISCHER, DARRELL FISCHER, DAVID FISCHER AND CATHERINE JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties receiving electronic notice via the Court's CM/ECF system on August 1, 2023.

/s/ Suzanne K. Rosen
Suzanne K. Rosen