## Revenue ACH Remittance Statement

HB2 Origination LLC  
3322 West End Ave  
Suite 450  
Nashville  TN  37203  
346-264-2903

**Owner Code:** ▇▇▇  
**Check Number:** 8500002836  
**Check Date:** 06/30/2023

Linda Fischer Blacklock  
6005 FM 1948 RD W  
Burton  TX  77835

### HB2 Origination LLC

3322 West End Ave  
Suite 450  
Nashville  TN  37203

**Check Number:** 8500002836

| Prod Date | Product | UOM/PB | Gross Quantity/Price | Gross MMBTU/Price | Gross Value | Gross Deductions | Gross Taxes | Gross Net | Interest Type | Distr Dec/Deck Dec | Owner Value | Owner Deductions | Owner Taxes | Owner Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Property** | **00313.01 - Swedish Chef 1** | | | | | **TX  Lee** | | | | | | | | |
| 03/2023 | GAS | MCF | 999.45 | 999.45 | 1,905.99 | 645.53 | 143 62 | 1,116 84 | R1 | 0 02162070 | 41 21 | 0.00 | 3.10 | 38.11 |
| | | 14.6500 | 1.91 | 1 91 | | | | | | 0 02162070 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | 0.67 | | | | | Texas Regulatory Tax | | 0 01 | | |
| | | | TX_SEV | | 142.95 | | | | | Texas Severance Tax | | 3 09 | | |
| 03/2023 | GAS | MCF | (249.97) | (249 97) | (460.95) | (146.36) | (34.74) | (279.85) | R1 | 0 02162070 | (9.97) | 0.00 | (0.75) | (9.22) |
| | | 14.6500 | 1.84 | 1 84 | | | | | | 0 02162070 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_SEV | | (34.57) | | | | | Texas Severance Tax | | (0.75) | | |
| 03/2023 | O L | BBL | (376.29) | 0 00 | (26,434.50) | 0.00 | (1,190.77) | (25,243.73) | R1 | 0 02162070 | (571.53) | 0.00 | (25.77) | (545.76) |
| | | 0.0000 | 70 25 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | SEV_TAX | | (1,190.77) | | | | | Severance Tax | | (25.77) | | |
| 03/2023 | O L | BBL | 392.77 | 0 00 | 27,592.76 | 0.00 | 64 61 | 27,528.15 | R1 | 0 02162070 | 596.57 | 0.00 | 1.40 | 595.17 |
| | | 0.0000 | 70 25 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | SEV_TAX | | 64.61 | | | | | Severance Tax | | 1.40 | | |
| 03/2023 | PPROD | GAL | (1,814.25) | 0 00 | (640.29) | 0.00 | (49 23) | (591.06) | R1 | 0 02162070 | (13.84) | 0.00 | (1 07) | (12.77) |
| | | 0.0000 | 0.35 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | (1.21) | | | | | Texas Regulatory Tax | | (0 03) | | |
| | | | TX_SEV | | (48.02) | | | | | Texas Severance Tax | | (1 04) | | |
| 03/2023 | PPROD | GAL | 6,975.28 | 0 00 | 2,325.93 | 0.00 | 179 09 | 2,146.84 | R1 | 0 02162070 | 50 29 | 0.00 | 3 87 | 46.42 |
| | | 0.0000 | 0.33 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | 4.65 | | | | | Texas Regulatory Tax | | 0.10 | | |
| | | | TX_SEV | | 174.44 | | | | | Texas Severance Tax | | 3.77 | | |
| 04/2023 | GAS | MCF | 1,067.33 | 1,067 33 | 1,795.75 | 722.71 | 135 39 | 937.65 | R1 | 0 02162070 | 38 83 | 0.00 | 2 93 | 35.90 |
| | | 14.6500 | 1.68 | 1 68 | | | | | | 0 02162070 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | 0.71 | | | | | Texas Regulatory Tax | | 0 02 | | |
| | | | TX_SEV | | 134.68 | | | | | Texas Severance Tax | | 2 91 | | |
| 04/2023 | O L | BBL | 357.83 | 0 00 | 27,105.92 | 0.00 | 31 34 | 27,074.58 | R1 | 0 02162070 | 586.05 | 0.00 | 0 68 | 585.37 |
| | | 0.0000 | 75.75 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | SEV_TAX | | 31.34 | | | | | Severance Tax | | 0 68 | | |
| 04/2023 | PPROD | GAL | 8,330.24 | 0 00 | 2,931.87 | 0.00 | 225.45 | 2,706.42 | R1 | 0 02162070 | 63 39 | 0.00 | 4 87 | 58.52 |
| | | 0.0000 | 0.35 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | 5.56 | | | | | Texas Regulatory Tax | | 0.12 | | |
| | | | TX_SEV | | 219.89 | | | | | Texas Severance Tax | | 4.75 | | |
| **Property** | **00314.01 - Swedish Chef 2** | | | | | **TX  Lee** | | | | | | | | |
| 03/2023 | GAS | MCF | (1,966.28) | (1,966 28) | (3,625.89) | (1,151.24) | (273 25) | (2,201.40) | R1 | 0 02162070 | (78.39) | 0.00 | (5 91) | (72.48) |
| | | 14.6500 | 1.84 | 1 84 | | | | | | 0 02162070 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | (1.31) | | | | | Texas Regulatory Tax | | (0 03) | | |
| | | | TX_SEV | | (271.94) | | | | | Texas Severance Tax | | (5 88) | | |
| 03/2023 | GAS | MCF | 9,523.40 | 9,523.40 | 18,161.47 | 6,151.00 | 1,368.46 | 10,642.01 | R1 | 0 02162070 | 392.66 | 0.00 | 29.59 | 363.07 |
| | | 14.6500 | 1.91 | 1 91 | | | | | | 0 02162070 | | | | |

| 001439 | ←Payee | Check Date: 6/30/2023 | Check Amount → | $30,048.37 |
|---|---|---|---|---|

# HB2 Origination LLC

3322 West End Ave
Suite 450
Nashville  TN 37203

Check Number: 8500002836

| Prod Date | Product | UOM/PB | Gross Quantity/Price | Gross MMBTU/Price | Gross Value | Gross Deductions | Gross Taxes | Gross Net | Interest Type | Distr Dec/Deck Dec | Owner Value | Owner Deductions | Owner Taxes | Owner Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 6.35 | | | | Texas Regulatory Tax | | 0.14 | | |
| | | | | | TX_SEV | 1,362.11 | | | | Texas Severance Tax | | 29.45 | | |
| 03/2023 | O L | BBL | 2,955.25  0 00 | 70 25  0 00 | 207,610.11 | 0.00 | 9,568 51 | 198,041.60 | R1 | 0 02162070 / 0 02162070 | 4,488.68 | 0.00 | 207.10 | 4,281.58 |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 9,568.51 | | | | Severance Tax | | 207.10 | | |
| 03/2023 | O L | BBL | (2,959.89)  0 00 | 70 25  0 00 | (207,936.11) | 0.00 | (9,366.72) | (198,569.39) | R1 | 0 02162070 / 0 02162070 | (4,495.72) | 0.00 | (202.74) | (4,292.98) |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | (9,366.72) | | | | Severance Tax | | (202.74) | | |
| 03/2023 | PPROD | GAL | 66,464.96  0 00 | 0.33  0 00 | 22,162.92 | 0.00 | 1,706 55 | 20,456.37 | R1 | 0 02162070 / 0 02162070 | 479.18 | 0.00 | 36.90 | 442.28 |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 44.33 | | | | Texas Regulatory Tax | | 0 96 | | |
| | | | | | TX_SEV | 1,662.22 | | | | Texas Severance Tax | | 35 94 | | |
| 03/2023 | PPROD | GAL | (14,271.03)  0 00 | 0.35  0 00 | (5,036.59) | 0.00 | (387 26) | (4,649.33) | R1 | 0 02162070 / 0 02162070 | (108.89) | 0.00 | (8 38) | (100.51) |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (9.52) | | | | Texas Regulatory Tax | | (0 21) | | |
| | | | | | TX_SEV | (377.74) | | | | Texas Severance Tax | | (8.17) | | |
| 04/2023 | GAS | MCF | 3,424.74  14.6500 | 3,424.74  1.68  1 68 | 5,762.01 | 2,318.95 | 434.43 | 3,008.63 | R1 | 0 02162070 / 0 02162070 | 124.58 | 0.00 | 9 39 | 115.19 |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 2.28 | | | | Texas Regulatory Tax | | 0 05 | | |
| | | | | | TX_SEV | 432.15 | | | | Texas Severance Tax | | 9 34 | | |
| 04/2023 | O L | BBL | 2,933.97  0 00 | 75.75  0 00 | 222,250.23 | 0.00 | 10,241 85 | 212,008.38 | R1 | 0 02162070 / 0 02162070 | 4,805.21 | 0.00 | 221 68 | 4,583.53 |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 10,241.85 | | | | Severance Tax | | 221 68 | | |
| 04/2023 | PPROD | GAL | 26,729.16  0 00 | 0.35  0 00 | 9,407.45 | 0.00 | 723 39 | 8,684.06 | R1 | 0 02162070 / 0 02162070 | 203.40 | 0.00 | 15.64 | 187.76 |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 17.83 | | | | Texas Regulatory Tax | | 0 39 | | |
| | | | | | TX_SEV | 705.56 | | | | Texas Severance Tax | | 15 25 | | |
| | Property | 00315.01 - Swedish Chef 3 | | | TX  Lee | | | | | | | | | |
| 03/2023 | GAS | MCF | 10,018.54  14.6500 | 10,018 54  1.91  1 91 | 19,105.73 | 6,470.81 | 1,439 61 | 11,195 31 | R1 | 0 02162070 / 0 02162070 | 413.08 | 0.00 | 31.12 | 381.96 |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 6.68 | | | | Texas Regulatory Tax | | 0.14 | | |
| | | | | | TX_SEV | 1,432.93 | | | | Texas Severance Tax | | 30 98 | | |
| 03/2023 | GAS | MCF | (2,064.82)  14.6500 | (2,064 82)  1.84  1 84 | (3,807.60) | (1,208.94) | (286 95) | (2,311.71) | R1 | 0 02162070 / 0 02162070 | (82.32) | 0.00 | (6 20) | (76.12) |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (1.38) | | | | Texas Regulatory Tax | | (0 03) | | |
| | | | | | TX_SEV | (285.57) | | | | Texas Severance Tax | | (6.17) | | |
| 03/2023 | O L | BBL | (3,108.23)  0 00 | 70 25  0 00 | (218,356.67) | 0.00 | (9,836.12) | (208,520.55) | R1 | 0 02162070 / 0 02162070 | (4,721.02) | 0.00 | (212 90) | (4,508.12) |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | (9,836.12) | | | | Severance Tax | | (212 90) | | |
| 03/2023 | O L | BBL | 4,348.07  0 00 | 70 25  0 00 | 305,457.22 | 0.00 | 14,078 23 | 291,378.99 | R1 | 0 02162070 / 0 02162070 | 6,604.20 | 0.00 | 304.71 | 6,299.49 |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 14,078.23 | | | | Severance Tax | | 304.71 | | |
| 03/2023 | PPROD | GAL | (14,986.21)  0 00 | 0.35  0 00 | (5,289.00) | 0.00 | (406 68) | (4,882.32) | R1 | 0 02162070 / 0 02162070 | (114.35) | 0.00 | (8 80) | (105.55) |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (10.00) | | | | Texas Regulatory Tax | | (0 22) | | |
| | | | | | TX_SEV | (396.68) | | | | Texas Severance Tax | | (8 58) | | |
| 03/2023 | PPROD | GAL | 69,920.63  0 00 | 0.33  0 00 | 23,315.23 | 0.00 | 1,795 28 | 21,519.95 | R1 | 0 02162070 / 0 02162070 | 504.09 | 0.00 | 38.82 | 465.27 |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 46.64 | | | | Texas Regulatory Tax | | 1 01 | | |
| | | | | | TX_SEV | 1,748.64 | | | | Texas Severance Tax | | 37 81 | | |
| 04/2023 | GAS | MCF | 9,370.29  14.6500 | 9,370 29  1.68  1 68 | 15,765.19 | 6,344.78 | 1,188 64 | 8,231.77 | R1 | 0 02162070 / 0 02162070 | 340.85 | 0.00 | 25.70 | 315.15 |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 6.25 | | | | Texas Regulatory Tax | | 0.14 | | |
| | | | | | TX_SEV | 1,182.39 | | | | Texas Severance Tax | | 25 56 | | |
| 04/2023 | O L | BBL | 2,745.53  0 00 | 75.75  0 00 | 207,976.47 | 0.00 | 9,584 08 | 198,392.39 | R1 | 0 02162070 / 0 02162070 | 4,496.60 | 0.00 | 207.44 | 4,289.16 |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 9,584.08 | | | | Severance Tax | | 207.44 | | |
| 04/2023 | PPROD | GAL | 73,132.51  0 00 | 0.35  0 00 | 25,739.31 | 0.00 | 1,979 23 | 23,760.08 | R1 | 0 02162070 / 0 02162070 | 556.50 | 0.00 | 42.79 | 513.71 |

| 001439 | ←Payee | Check Date: 6/30/2023 | Check Amount → | $30,048.37 |
|---|---|---|---|---|

# HB2 Origination LLC

3322 West End Ave
Suite 450
Nashville  TN  37203

Check Number: 8500002836

| Prod Date | Product | UOM/ PB | Gross Quantity/ Price | Gross MMBTU/ Price | Gross Value | Gross Deductions | Gross Taxes | Gross Net | Interest Type | Distr Dec/ Deck Dec | Owner Value | Owner Deductions | Owner Taxes | Owner Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 48.78 | | | | Texas Regulatory Tax | | 1 05 | | |
| | | | | | TX_SEV | 1,930.45 | | | | Texas Severance Tax | | 41.74 | | |
| | Property | 00325.01 - Swedish Chef 4H | | | | TX Lee | | | | | | | | |
| 03/2023 | GAS | MCF | 13,855.30 | 13,855 30 | 26,422.57 | 8,948.90 | 1,990 93 | 15,482.74 | R1 | 0 02162070 | 571.27 | 0.00 | 43.05 | 528.22 |
| | | 14.6500 | 1.91 | 1 91 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 9.24 | | | | Texas Regulatory Tax | | 0 20 | | |
| | | | | | TX_SEV | 1,981.69 | | | | Texas Severance Tax | | 42 85 | | |
| 03/2023 | GAS | MCF | (2,775.90) | (2,775 90) | (5,118.84) | (1,625.27) | (385.76) | (3,107.81) | R1 | 0 02162070 | (110.67) | 0.00 | (8 34) | (102.33) |
| | | 14.6500 | 1.84 | 1 84 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (1.85) | | | | Texas Regulatory Tax | | (0 04) | | |
| | | | | | TX_SEV | (383.91) | | | | Texas Severance Tax | | (8 30) | | |
| 03/2023 | O L | BBL | 2,487.61 | 0 00 | 174,757.41 | 0.00 | 8,040.49 | 166,716.92 | R1 | 0 02162070 | 3,778.38 | 0.00 | 174 03 | 3,604.35 |
| | | 0.0000 | 70 25 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 8,040.49 | | | | Severance Tax | | 174 03 | | |
| 03/2023 | O L | BBL | (4,178.62) | 0 00 | (293,553.25) | 0.00 | (13,223.44) | (280,329.81) | R1 | 0 02162070 | (6,346.83) | 0.00 | (286 21) | (6,060.62) |
| | | 0.0000 | 70 25 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | (13,223.44) | | | | Severance Tax | | (286 21) | | |
| 03/2023 | PPROD | GAL | (20,147.09) | 0 00 | (7,110.40) | 0.00 | (546.72) | (6,563.68) | R1 | 0 02162070 | (153.73) | 0.00 | (11.82) | (141.91) |
| | | 0.0000 | 0.35 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (13.44) | | | | Texas Regulatory Tax | | (0 29) | | |
| | | | | | TX_SEV | (533.28) | | | | Texas Severance Tax | | (11.53) | | |
| 03/2023 | PPROD | GAL | 96,697.82 | 0 00 | 32,244.15 | 0.00 | 2,482 81 | 29,761.34 | R1 | 0 02162070 | 697.14 | 0.00 | 53.68 | 643.46 |
| | | 0.0000 | 0.33 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 64.50 | | | | Texas Regulatory Tax | | 1 39 | | |
| | | | | | TX_SEV | 2,418.31 | | | | Texas Severance Tax | | 52 29 | | |
| 04/2023 | GAS | MCF | 14,532.20 | 14,532 20 | 24,449.92 | 9,839.99 | 1,843.43 | 12,766.50 | R1 | 0 02162070 | 528.62 | 0.00 | 39.86 | 488.76 |
| | | 14.6500 | 1.68 | 1 68 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 9.69 | | | | Texas Regulatory Tax | | 0 21 | | |
| | | | | | TX_SEV | 1,833.74 | | | | Texas Severance Tax | | 39 65 | | |
| 04/2023 | O L | BBL | 7,752.58 | 0 00 | 587,264.94 | 0.00 | 27,014 86 | 560,250.08 | R1 | 0 02162070 | 12,697.08 | 0.00 | 584.72 | 12,112.36 |
| | | 0.0000 | 75.75 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 27,014.86 | | | | Severance Tax | | 584.72 | | |
| 04/2023 | PPROD | GAL | 113,419.79 | 0 00 | 39,918.61 | 0.00 | 3,069 55 | 36,849.06 | R1 | 0 02162070 | 863.07 | 0.00 | 66.37 | 796.70 |
| | | 0.0000 | 0.35 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 75.65 | | | | Texas Regulatory Tax | | 1 64 | | |
| | | | | | TX_SEV | 2,993.90 | | | | Texas Severance Tax | | 64.73 | | |
| | Property | 00334.01 - Swedish Chef 5H | | | | TX Fayette | | | | | | | | |
| 03/2023 | GAS | MCF | (4,390.77) | (4,390.77) | (8,096.72) | (2,570.78) | (610.18) | (4,915.76) | R1 | 0 02162070 | (175.06) | 0.00 | (13.19) | (161.87) |
| | | 14.6500 | 1.84 | 1 84 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (2.93) | | | | Texas Regulatory Tax | | (0 06) | | |
| | | | | | TX_SEV | (607.25) | | | | Texas Severance Tax | | (13.13) | | |
| 03/2023 | GAS | MCF | 21,711.01 | 21,711.01 | 41,403.70 | 14,022.77 | 3,119.76 | 24,261.17 | R1 | 0 02162070 | 895.18 | 0.00 | 67.45 | 827.73 |
| | | 14.6500 | 1.91 | 1 91 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 14.48 | | | | Texas Regulatory Tax | | 0 31 | | |
| | | | | | TX_SEV | 3,105.28 | | | | Texas Severance Tax | | 67.14 | | |
| 03/2023 | O L | BBL | (6,609.54) | 0 00 | (464,327.81) | 0.00 | (20,916.17) | (443,411 64) | R1 | 0 02162070 | (10,039.09) | 0.00 | (452.72) | (9,586.37) |
| | | 0.0000 | 70 25 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | (20,916.17) | | | | Severance Tax | | (452.72) | | |
| 03/2023 | O L | BBL | 7,048.86 | 0 00 | 495,190.85 | 0.00 | 22,822 82 | 472,368.03 | R1 | 0 02162070 | 10,706.37 | 0.00 | 493 99 | 10,212.38 |
| | | 0.0000 | 70 25 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 22,822.82 | | | | Severance Tax | | 493 99 | | |
| 03/2023 | PPROD | GAL | (31,867.64) | 0 00 | (11,246.87) | 0.00 | (864.78) | (10,382.09) | R1 | 0 02162070 | (243.17) | 0.00 | (18.70) | (224.47) |
| | | 0.0000 | 0.35 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (21.26) | | | | Texas Regulatory Tax | | (0.46) | | |
| | | | | | TX_SEV | (843.52) | | | | Texas Severance Tax | | (18 24) | | |
| 03/2023 | PPROD | GAL | 151,523.77 | 0 00 | 50,526.01 | 0.00 | 3,890 52 | 46,635.49 | R1 | 0 02162070 | 1,092.41 | 0.00 | 84.12 | 1,008.29 |
| | | 0.0000 | 0.33 | 0 00 | | | | | | 0 02162070 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 101.07 | | | | Texas Regulatory Tax | | 2.19 | | |
| | | | | | TX_SEV | 3,789.45 | | | | Texas Severance Tax | | 81 93 | | |

| 001439 | ←Payee | Check Date: 6/30/2023 | Check Amount → | $30,048.37 |
|---|---|---|---|---|

# HB2 Origination LLC

3322 West End Ave
Suite 450
Nashville  TN  37203

Check Number: 8500002836

| Prod Date | Product | UOM/ PB | Gross Quantity/ Price | Gross MMBTU/ Price | Gross Value | Gross Deductions | Gross Taxes | Gross Net | Interest Type | Distr Dec/ Deck Dec | Owner Value | Owner Deductions | Owner Taxes | Owner Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/2023 | GAS | MCF 14.6500 | 22,145.82 1.68 | 22,145 82 1 68 | 37,259.57 | 14,995.29 | 2,809 24 | 19,455.04 | R1 | 0 02162070 0 02162070 | 805.58 | 0.00 | 60.74 | 744.84 |
| | | | Deduct | | | | | | | Description | | | | |
| | | | TX_REG | | 14.77 | | | | | Texas Regulatory Tax | | 0 32 | | |
| | | | TX_SEV | | 2,794.47 | | | | | Texas Severance Tax | | 60.42 | | |
| 04/2023 | O L | BBL 0.0000 | 173.21 75.76 | 0 00 0 00 | 13,121.62 | 0.00 | 604 68 | 12,516.94 | R1 | 0 02162070 0 02162070 | 283.70 | 0.00 | 13.09 | 270.61 |
| | | | Deduct | | | | | | | Description | | | | |
| | | | SEV_TAX | | 604.68 | | | | | Severance Tax | | 13 09 | | |
| 04/2023 | PPROD | GAL 0.0000 | 172,841.95 0.35 | 0 00 0 00 | 60,832.50 | 0.00 | 4,677.73 | 56,154.77 | R1 | 0 02162070 0 02162070 | 1,315.24 | 0.00 | 101.13 | 1,214.11 |
| | | | Deduct | | | | | | | Description | | | | |
| | | | TX_REG | | 115.29 | | | | | Texas Regulatory Tax | | 2.49 | | |
| | | | TX_SEV | | 4,562.44 | | | | | Texas Severance Tax | | 98 64 | | |

| Deductions From Revenue | |
|---|---|
| Void Generated Payment | (30,048.37) |
| **Total Deductions** | **(30,048.37)** |

| | Owner Gross | Owner Net Deductions | Owner Net Totals |
|---|---|---|---|
| Year To Date | 181,751.07 | 9,537.15 | 172,213.92 |

| 001439 | ←Payee | Check Date: 6/30/2023 | Check Amount → | $30,048.37 |
|---|---|---|---|---|