# Revenue ACH Remittance Statement

HB2 Origination LLC  
3322 West End Ave  
Suite 450  
Nashville  TN  37203  
346-264-2903

**Owner Code:** ▮  
**Check Number:** 8500002820  
**Check Date:** 06/30/2023

Catherine Blackburn Johnson  
8550 FM 2780  
Burton  TX  77835

## HB2 Origination LLC

3322 West End Ave  
Suite 450  
Nashville  TN  37203

**Check Number:** 8500002820

| Prod Date | Product | UOM/PB | Gross Quantity/Price | Gross MMBTU/Price | Gross Value | Gross Deductions | Gross Taxes | Gross Net | Interest Type | Distr Dec/Deck Dec | Owner Value | Owner Deductions | Owner Taxes | Owner Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Property** | **00313.01 - Swedish Chef 1** | | | | **TX  Lee** | | | | | | | | |
| 03/2023 | GAS | MCF | 999.45 | 999.45 | 1,905.99 | 645.53 | 143 62 | 1,116 84 | R1 | 0 04324140 | 82.42 | 0.00 | 6 21 | 76.21 |
| | | 14.6500 | 1.91 | 1 91 | | | | | | 0 04324140 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | 0.67 | | | | | Texas Regulatory Tax | | | 0 03 | |
| | | | TX_SEV | | 142.95 | | | | | Texas Severance Tax | | | 6.18 | |
| 03/2023 | GAS | MCF | (249.97) | (249 97) | (460.95) | (146.36) | (34.74) | (279.85) | R1 | 0 04324140 | (19.93) | 0.00 | (1 50) | (18.43) |
| | | 14.6500 | 1.84 | 1 84 | | | | | | 0 04324140 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | (0.17) | | | | | Texas Regulatory Tax | | | (0 01) | |
| | | | TX_SEV | | (34.57) | | | | | Texas Severance Tax | | | (1.49) | |
| 03/2023 | O L | BBL | (376.29) | 0 00 | (26,434.50) | 0.00 | (1,190.77) | (25,243.73) | R1 | 0 04324140 | (1,143.06) | 0.00 | (51 55) | (1,091.51) |
| | | 0.0000 | 70 25 | 0 00 | | | | | | 0 04324140 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | SEV_TAX | | (1,190.77) | | | | | Severance Tax | | | (51 55) | |
| 03/2023 | O L | BBL | 392.77 | 0 00 | 27,592.76 | 0.00 | 64 61 | 27,528.15 | R1 | 0 04324140 | 1,193.15 | 0.00 | 2 80 | 1,190.35 |
| | | 0.0000 | 70 25 | 0 00 | | | | | | 0 04324140 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | SEV_TAX | | 64.61 | | | | | Severance Tax | | | 2 80 | |
| 03/2023 | PPROD | GAL | (1,814.25) | 0 00 | (640.29) | 0.00 | (49 23) | (591.06) | R1 | 0 04324140 | (27.69) | 0.00 | (2.13) | (25.56) |
| | | 0.0000 | 0.35 | 0 00 | | | | | | 0 04324140 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | (1.21) | | | | | Texas Regulatory Tax | | | (0 05) | |
| | | | TX_SEV | | (48.02) | | | | | Texas Severance Tax | | | (2 08) | |
| 03/2023 | PPROD | GAL | 6,975.28 | 0 00 | 2,325.93 | 0.00 | 179 09 | 2,146.84 | R1 | 0 04324140 | 100.58 | 0.00 | 7.74 | 92.84 |
| | | 0.0000 | 0.33 | 0 00 | | | | | | 0 04324140 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | 4.65 | | | | | Texas Regulatory Tax | | | 0 20 | |
| | | | TX_SEV | | 174.44 | | | | | Texas Severance Tax | | | 7 54 | |
| 04/2023 | GAS | MCF | 1,067.33 | 1,067 33 | 1,795.75 | 722.71 | 135 39 | 937.65 | R1 | 0 04324140 | 77 65 | 0.00 | 5 85 | 71.80 |
| | | 14.6500 | 1.68 | 1 68 | | | | | | 0 04324140 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | 0.71 | | | | | Texas Regulatory Tax | | | 0 03 | |
| | | | TX_SEV | | 134.68 | | | | | Texas Severance Tax | | | 5 82 | |
| 04/2023 | O L | BBL | 357.83 | 0 00 | 27,105.92 | 0.00 | 31 34 | 27,074.58 | R1 | 0 04324140 | 1,172.10 | 0.00 | 1 36 | 1,170.74 |
| | | 0.0000 | 75.75 | 0 00 | | | | | | 0 04324140 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | SEV_TAX | | 31.34 | | | | | Severance Tax | | | 1 36 | |
| 04/2023 | PPROD | GAL | 8,330.24 | 0 00 | 2,931.87 | 0.00 | 225.45 | 2,706.42 | R1 | 0 04324140 | 126.78 | 0.00 | 9.75 | 117.03 |
| | | 0.0000 | 0.35 | 0 00 | | | | | | 0 04324140 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | 5.56 | | | | | Texas Regulatory Tax | | | 0 24 | |
| | | | TX_SEV | | 219.89 | | | | | Texas Severance Tax | | | 9 51 | |
| | **Property** | **00314.01 - Swedish Chef 2** | | | | **TX  Lee** | | | | | | | | |
| 03/2023 | GAS | MCF | (1,966.28) | (1,966 28) | (3,625.89) | (1,151.24) | (273 25) | (2,201.40) | R1 | 0 04324140 | (156.79) | 0.00 | (11.82) | (144.97) |
| | | 14.6500 | 1.84 | 1 84 | | | | | | 0 04324140 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | (1.31) | | | | | Texas Regulatory Tax | | | (0 06) | |
| | | | TX_SEV | | (271.94) | | | | | Texas Severance Tax | | | (11.76) | |
| 03/2023 | GAS | MCF | 9,523.40 | 9,523.40 | 18,161.47 | 6,151.00 | 1,368.46 | 10,642.01 | R1 | 0 04324140 | 785.33 | 0.00 | 59.17 | 726.16 |
| | | 14.6500 | 1.91 | 1 91 | | | | | | 0 04324140 | | | | |

| 001229 | ←Payee | Check Date: 6/30/2023 | Check Amount → | $60,096.65 |
|---|---|---|---|---|

# HB2 Origination LLC

3322 West End Ave  
Suite 450  
Nashville  TN  37203

Check Number: **8500002820**

| Prod Date | Product | UOM/PB | Gross Quantity/Price | Gross MMBTU/Price | Gross Value | Gross Deductions | Gross Taxes | Gross Net | Interest Type | Distr Dec/Deck Dec | Owner Value | Owner Deductions | Owner Taxes | Owner Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 6.35 | | | | Texas Regulatory Tax | | 0 27 | | |
| | | | | | TX_SEV | 1,362.11 | | | | Texas Severance Tax | | 58 90 | | |
| 03/2023 | O L | BBL | 2,955.25 | 0 00 | 207,610.11 | 0.00 | 9,568 51 | 198,041.60 | R1 | 0 04324140 | 8,977.35 | 0.00 | 414 21 | 8,563.14 |
| | | | 0.0000 | 70 25 | 0 00 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 9,568.51 | | | | Severance Tax | | 414 21 | | |
| 03/2023 | O L | BBL | (2,959.89) | 0 00 | (207,936.11) | 0.00 | (9,366.72) | (198,569.39) | R1 | 0 04324140 | (8,991.45) | 0.00 | (405.47) | (8,585.98) |
| | | | 0.0000 | 70 25 | 0 00 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | (9,366.72) | | | | Severance Tax | | (405.47) | | |
| 03/2023 | PPROD | GAL | 66,464.96 | 0 00 | 22,162.92 | 0.00 | 1,706 55 | 20,456.37 | R1 | 0 04324140 | 958.36 | 0.00 | 73.80 | 884.56 |
| | | | 0.0000 | 0.33 | 0 00 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 44.33 | | | | Texas Regulatory Tax | | 1 92 | | |
| | | | | | TX_SEV | 1,662.22 | | | | Texas Severance Tax | | 71 88 | | |
| 03/2023 | PPROD | GAL | (14,271.03) | 0 00 | (5,036.59) | 0.00 | (387 26) | (4,649.33) | R1 | 0 04324140 | (217.79) | 0.00 | (16.74) | (201.05) |
| | | | 0.0000 | 0.35 | 0 00 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (9.52) | | | | Texas Regulatory Tax | | (0.41) | | |
| | | | | | TX_SEV | (377.74) | | | | Texas Severance Tax | | (16 33) | | |
| 04/2023 | GAS | MCF | 3,424.74 | 3,424.74 | 5,762.01 | 2,318.95 | 434.43 | 3,008.63 | R1 | 0 04324140 | 249.16 | 0.00 | 18.79 | 230.37 |
| | | | 14.6500 | 1.68 | 1 68 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 2.28 | | | | Texas Regulatory Tax | | 0.10 | | |
| | | | | | TX_SEV | 432.15 | | | | Texas Severance Tax | | 18 69 | | |
| 04/2023 | O L | BBL | 2,933.97 | 0 00 | 222,250.23 | 0.00 | 10,241 85 | 212,008.38 | R1 | 0 04324140 | 9,610.41 | 0.00 | 443 36 | 9,167.05 |
| | | | 0.0000 | 75.75 | 0 00 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 10,241.85 | | | | Severance Tax | | 443 36 | | |
| 04/2023 | PPROD | GAL | 26,729.16 | 0 00 | 9,407.45 | 0.00 | 723 39 | 8,684.06 | R1 | 0 04324140 | 406.79 | 0.00 | 31.28 | 375.51 |
| | | | 0.0000 | 0.35 | 0 00 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 17.83 | | | | Texas Regulatory Tax | | 0.77 | | |
| | | | | | TX_SEV | 705.56 | | | | Texas Severance Tax | | 30 51 | | |
| | Property | 00315.01 - Swedish Chef 3 | | | TX  Lee | | | | | | | | | |
| 03/2023 | GAS | MCF | 10,018.54 | 10,018 54 | 19,105.73 | 6,470.81 | 1,439 61 | 11,195 31 | R1 | 0 04324140 | 826.16 | 0.00 | 62.25 | 763.91 |
| | | | 14.6500 | 1.91 | 1 91 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 6.68 | | | | Texas Regulatory Tax | | 0 29 | | |
| | | | | | TX_SEV | 1,432.93 | | | | Texas Severance Tax | | 61 96 | | |
| 03/2023 | GAS | MCF | (2,064.82) | (2,064 82) | (3,807.60) | (1,208.94) | (286 95) | (2,311.71) | R1 | 0 04324140 | (164.65) | 0.00 | (12.41) | (152.24) |
| | | | 14.6500 | 1.84 | 1 84 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (1.38) | | | | Texas Regulatory Tax | | (0 06) | | |
| | | | | | TX_SEV | (285.57) | | | | Texas Severance Tax | | (12 35) | | |
| 03/2023 | O L | BBL | (3,108.23) | 0 00 | (218,356.67) | 0.00 | (9,836.12) | (208,520.55) | R1 | 0 04324140 | (9,442.05) | 0.00 | (425.79) | (9,016.26) |
| | | | 0.0000 | 70 25 | 0 00 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | (9,836.12) | | | | Severance Tax | | (425.79) | | |
| 03/2023 | O L | BBL | 4,348.07 | 0 00 | 305,457.22 | 0.00 | 14,078 23 | 291,378.99 | R1 | 0 04324140 | 13,208.40 | 0.00 | 609.43 | 12,598.97 |
| | | | 0.0000 | 70 25 | 0 00 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 14,078.23 | | | | Severance Tax | | 609.43 | | |
| 03/2023 | PPROD | GAL | (14,986.21) | 0 00 | (5,289.00) | 0.00 | (406 68) | (4,882.32) | R1 | 0 04324140 | (228.70) | 0.00 | (17 58) | (211.12) |
| | | | 0.0000 | 0.35 | 0 00 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (10.00) | | | | Texas Regulatory Tax | | (0.43) | | |
| | | | | | TX_SEV | (396.68) | | | | Texas Severance Tax | | (17.15) | | |
| 03/2023 | PPROD | GAL | 69,920.63 | 0 00 | 23,315.23 | 0.00 | 1,795 28 | 21,519.95 | R1 | 0 04324140 | 1,008.18 | 0.00 | 77.63 | 930.55 |
| | | | 0.0000 | 0.33 | 0 00 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 46.64 | | | | Texas Regulatory Tax | | 2 02 | | |
| | | | | | TX_SEV | 1,748.64 | | | | Texas Severance Tax | | 75 61 | | |
| 04/2023 | GAS | MCF | 9,370.29 | 9,370 29 | 15,765.19 | 6,344.78 | 1,188 64 | 8,231.77 | R1 | 0 04324140 | 681.71 | 0.00 | 51.40 | 630.31 |
| | | | 14.6500 | 1.68 | 1 68 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 6.25 | | | | Texas Regulatory Tax | | 0 27 | | |
| | | | | | TX_SEV | 1,182.39 | | | | Texas Severance Tax | | 51.13 | | |
| 04/2023 | O L | BBL | 2,745.53 | 0 00 | 207,976.47 | 0.00 | 9,584 08 | 198,392.39 | R1 | 0 04324140 | 8,993.19 | 0.00 | 414 88 | 8,578.31 |
| | | | 0.0000 | 75.75 | 0 00 | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 9,584.08 | | | | Severance Tax | | 414 88 | | |
| 04/2023 | PPROD | GAL | 73,132.51 | 0 00 | 25,739.31 | 0.00 | 1,979 23 | 23,760.08 | R1 | 0 04324140 | 1,113.00 | 0.00 | 85.59 | 1,027.41 |
| | | | 0.0000 | 0.35 | 0 00 | | | | | 0 04324140 | | | | |

| 001229 | ← Payee | Check Date: 6/30/2023 | Check Amount → | $60,096.65 |
|---|---|---|---|---|

# HB2 Origination LLC

3322 West End Ave  
Suite 450  
Nashville TN 37203

Check Number: **8500002820**

| Prod Date | Product | UOM/PB | Gross Quantity/Price | Gross MMBTU/Price | Gross Value | Gross Deductions | Gross Taxes | Gross Net | Interest Type | Distr Dec/Deck Dec | Owner Value | Owner Deductions | Owner Taxes | Owner Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 48.78 | | | | Texas Regulatory Tax | | 2.11 | | |
| | | | | | TX_SEV | 1,930.45 | | | | Texas Severance Tax | | 83.48 | | |
| | Property | 00325.01 - Swedish Chef 4H | | | | TX Lee | | | | | | | | |
| 03/2023 | GAS | MCF | 13,855.30 | 13,855.30 | 26,422.57 | 8,948.90 | 1,990.93 | 15,482.74 | R1 | 0 04324140 | 1,142.55 | 0.00 | 86.09 | 1,056.46 |
| | | 14.6500 | 1.91 | 1.91 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 9.24 | | | | Texas Regulatory Tax | | 0.40 | | |
| | | | | | TX_SEV | 1,981.69 | | | | Texas Severance Tax | | 85.69 | | |
| 03/2023 | GAS | MCF | (2,775.90) | (2,775.90) | (5,118.84) | (1,625.27) | (385.76) | (3,107.81) | R1 | 0 04324140 | (221.35) | 0.00 | (16.68) | (204.67) |
| | | 14.6500 | 1.84 | 1.84 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (1.85) | | | | Texas Regulatory Tax | | (0.08) | | |
| | | | | | TX_SEV | (383.91) | | | | Texas Severance Tax | | (16.60) | | |
| 03/2023 | OIL | BBL | 2,487.61 | 0.00 | 174,757.41 | 0.00 | 8,040.49 | 166,716.92 | R1 | 0 04324140 | 7,556.76 | 0.00 | 348.06 | 7,208.70 |
| | | 0.0000 | 70.25 | 0.00 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 8,040.49 | | | | Severance Tax | | 348.06 | | |
| 03/2023 | OIL | BBL | (4,178.62) | 0.00 | (293,553.25) | 0.00 | (13,223.44) | (280,329.81) | R1 | 0 04324140 | (12,693.65) | 0.00 | (572.43) | (12,121.22) |
| | | 0.0000 | 70.25 | 0.00 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | (13,223.44) | | | | Severance Tax | | (572.43) | | |
| 03/2023 | PPROD | GAL | (20,147.09) | 0.00 | (7,110.40) | 0.00 | (546.72) | (6,563.68) | R1 | 0 04324140 | (307.46) | 0.00 | (23.64) | (283.82) |
| | | 0.0000 | 0.35 | 0.00 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (13.44) | | | | Texas Regulatory Tax | | (0.58) | | |
| | | | | | TX_SEV | (533.28) | | | | Texas Severance Tax | | (23.06) | | |
| 03/2023 | PPROD | GAL | 96,697.82 | 0.00 | 32,244.15 | 0.00 | 2,482.81 | 29,761.34 | R1 | 0 04324140 | 1,394.28 | 0.00 | 107.36 | 1,286.92 |
| | | 0.0000 | 0.33 | 0.00 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 64.50 | | | | Texas Regulatory Tax | | 2.79 | | |
| | | | | | TX_SEV | 2,418.31 | | | | Texas Severance Tax | | 104.57 | | |
| 04/2023 | GAS | MCF | 14,532.20 | 14,532.20 | 24,449.92 | 9,839.99 | 1,843.43 | 12,766.50 | R1 | 0 04324140 | 1,057.25 | 0.00 | 79.71 | 977.54 |
| | | 14.6500 | 1.68 | 1.68 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 9.69 | | | | Texas Regulatory Tax | | 0.42 | | |
| | | | | | TX_SEV | 1,833.74 | | | | Texas Severance Tax | | 79.29 | | |
| 04/2023 | OIL | BBL | 7,752.58 | 0.00 | 587,264.94 | 0.00 | 27,014.86 | 560,250.08 | R1 | 0 04324140 | 25,394.16 | 0.00 | 1,169.44 | 24,224.72 |
| | | 0.0000 | 75.75 | 0.00 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 27,014.86 | | | | Severance Tax | | 1,169.44 | | |
| 04/2023 | PPROD | GAL | 113,419.79 | 0.00 | 39,918.61 | 0.00 | 3,069.55 | 36,849.06 | R1 | 0 04324140 | 1,726.14 | 0.00 | 132.73 | 1,593.41 |
| | | 0.0000 | 0.35 | 0.00 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 75.65 | | | | Texas Regulatory Tax | | 3.27 | | |
| | | | | | TX_SEV | 2,993.90 | | | | Texas Severance Tax | | 129.46 | | |
| | Property | 00334.01 - Swedish Chef 5H | | | | TX Fayette | | | | | | | | |
| 03/2023 | GAS | MCF | (4,390.77) | (4,390.77) | (8,096.72) | (2,570.78) | (610.18) | (4,915.76) | R1 | 0 04324140 | (350.11) | 0.00 | (26.39) | (323.72) |
| | | 14.6500 | 1.84 | 1.84 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (2.93) | | | | Texas Regulatory Tax | | (0.13) | | |
| | | | | | TX_SEV | (607.25) | | | | Texas Severance Tax | | (26.26) | | |
| 03/2023 | GAS | MCF | 21,711.01 | 21,711.01 | 41,403.70 | 14,022.77 | 3,119.76 | 24,261.17 | R1 | 0 04324140 | 1,790.35 | 0.00 | 134.91 | 1,655.44 |
| | | 14.6500 | 1.91 | 1.91 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 14.48 | | | | Texas Regulatory Tax | | 0.63 | | |
| | | | | | TX_SEV | 3,105.28 | | | | Texas Severance Tax | | 134.28 | | |
| 03/2023 | OIL | BBL | (6,609.54) | 0.00 | (464,327.81) | 0.00 | (20,916.17) | (443,411.64) | R1 | 0 04324140 | (20,078.18) | 0.00 | (905.44) | (19,172.74) |
| | | 0.0000 | 70.25 | 0.00 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | (20,916.17) | | | | Severance Tax | | (905.44) | | |
| 03/2023 | OIL | BBL | 7,048.86 | 0.00 | 495,190.85 | 0.00 | 22,822.82 | 472,368.03 | R1 | 0 04324140 | 21,412.75 | 0.00 | 987.97 | 20,424.78 |
| | | 0.0000 | 70.25 | 0.00 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | SEV_TAX | 22,822.82 | | | | Severance Tax | | 987.97 | | |
| 03/2023 | PPROD | GAL | (31,867.64) | 0.00 | (11,246.87) | 0.00 | (864.78) | (10,382.09) | R1 | 0 04324140 | (486.33) | 0.00 | (37.39) | (448.94) |
| | | 0.0000 | 0.35 | 0.00 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | (21.26) | | | | Texas Regulatory Tax | | (0.92) | | |
| | | | | | TX_SEV | (843.52) | | | | Texas Severance Tax | | (36.47) | | |
| 03/2023 | PPROD | GAL | 151,523.77 | 0.00 | 50,526.01 | 0.00 | 3,890.52 | 46,635.49 | R1 | 0 04324140 | 2,184.82 | 0.00 | 168.23 | 2,016.59 |
| | | 0.0000 | 0.33 | 0.00 | | | | | | 0 04324140 | | | | |
| | | | | | Deduct | | | | | Description | | | | |
| | | | | | TX_REG | 101.07 | | | | Texas Regulatory Tax | | 4.37 | | |
| | | | | | TX_SEV | 3,789.45 | | | | Texas Severance Tax | | 163.86 | | |

001229  ← Payee   Check Date: 6/30/2023   Check Amount →   $60,096.65

# HB2 Origination LLC

3322 West End Ave
Suite 450
Nashville TN 37203

Check Number: 8500002820

| Prod Date | Product | UOM/ PB | Gross Quantity/ Price | Gross MMBTU/ Price | Gross Value | Gross Deductions | Gross Taxes | Gross Net | Interest Type | Distr Dec/ Deck Dec | Owner Value | Owner Deductions | Owner Taxes | Owner Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/2023 | GAS | MCF | 22,145.82 | 22,145 82 | 37,259.57 | 14,995.29 | 2,809 24 | 19,455.04 | R1 | 0 04324140 | 1,611.16 | 0.00 | 121.48 | 1,489.68 |
| | | 14.6500 | 1.68 | 1 68 | | | | | | 0 04324140 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | 14.77 | | | | | Texas Regulatory Tax | | 0 64 | | |
| | | | TX_SEV | | 2,794.47 | | | | | Texas Severance Tax | | 120 84 | | |
| 04/2023 | O L | BBL | 173.21 | 0 00 | 13,121.62 | 0.00 | 604 68 | 12,516.94 | R1 | 0 04324140 | 567.40 | 0.00 | 26.18 | 541.22 |
| | | 0.0000 | 75.76 | 0 00 | | | | | | 0 04324140 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | SEV_TAX | | 604.68 | | | | | Severance Tax | | 26.18 | | |
| 04/2023 | PPROD | GAL | 172,841.95 | 0 00 | 60,832.50 | 0.00 | 4,677.73 | 56,154.77 | R1 | 0 04324140 | 2,630.48 | 0.00 | 202 28 | 2,428.20 |
| | | 0.0000 | 0.35 | 0 00 | | | | | | 0 04324140 | | | | |
| | | | **Deduct** | | | | | | | **Description** | | | | |
| | | | TX_REG | | 115.29 | | | | | Texas Regulatory Tax | | 4 99 | | |
| | | | TX_SEV | | 4,562.44 | | | | | Texas Severance Tax | | 197 29 | | |

| Deductions From Revenue | |
|---|---|
| Void Generated Payment | (60,096.65) |
| **Total Deductions** | **(60,096.65)** |

| | Owner Gross | Owner Net Deductions | Owner Net Totals |
|---|---|---|---|
| Year To Date | 363,502.15 | 19,074 38 | 344,427.77 |

| 001229 | ←Payee | Check Date: 6/30/2023 | Check Amount → | $60,096.65 |
|---|---|---|---|---|