UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALPINE SUMMIT ENERGY | § | Case No. 23-90739 |
| PARTNERS, INC., et al. | § | (Jointly Administered) |
| | § | |
| Debtors[1] | § | |

**LIMITED OBJECTION, JOINDER, AND RESERVATION OF RIGHTS OF HALLIBURTON ENERGY SERVICES INC. REGARDING SALE OF SOUTH TEXAS ASSETS (RE: DOCKET NO. 137, 180, 507, 510)**

Halliburton Energy Services, Inc. ("Halliburton"), secured creditor and party in interest, files this objection, joinder, and reservation of rights regarding the motion of the Debtor's to sell the South Texas Assets (Docket No. 137) and in support thereof would show to the Court the following.

1. Halliburton possesses at least the following mineral lien claims against the South Texas Assets.

| Invoices to | County | Well | Record Date | OPR # | Amount |
|---|---|---|---|---|---|
| Ageron Ironroc Energy LLC | Webb | Al San Roman #202H | 6/2/2023<br>6/13/2023 | 1501540<br>1502453 | 431,877.71 |
| Ageron Ironroc Energy LLC | Webb | Al San Roman #105H | 6/2/2023<br>6/13/2023 | 1501541<br>1502435 | 317,678.99 |
| Ageron Ironroc Energy LLC | Webb | Al San Roman #106H | 6/2/2023<br>6/13/2023 | 1501541<br>1502452 | 309,507.17 |
| | | | | | 1,059,063.87 |

2. Halliburton joins the objections filed by other mineral lien claimants, including those filed at Docket Nos. 180. 507, and 510, regarding the recognition. preservation of the rights

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits o f t he Debtors' federal tax identification number, are Alpine Summit Energy Partners, Inc. (3755), HB2 Origination, LLC (6760), Ageron Energy II, LLC (1436), Ironroc Energy Partners, LLC (9801), Ageron Ironroc Energy, LLC (N/A), Alpine Summit Energy Investors, Inc. (4428), and Alpine Carbon, LLC

and interests, and payment of the mineral lien claims with respect to the proceeds of the proposed sale of the South Texas Assets.

3. Halliburton reserves any and all rights, claims, remedies, and/oor defenses with respect to the sale of the South Texas Assets and all bases of objection thereto which may be raised at the hearing.  Halliburton may join in any other objections to the sale of the South Texas assets that seek to protect the rights and priorities of mineral lienholders and are not inconsistent with this Objection and/or supplement or amend this Objection.

WHEREFORE, Halliburton Energy Services, Inc. respectfully requests that the Court condition the sale of the South Texas Assets upon payment in full of the mineral lien claims of Halliburton at or before closing, or, at a minimum, that the final sale order provide for the preservation of the lien(s) and secured claim(s) of Halliburton and application of such interest(s) to the proceeds of sale.  Creditor respectfully requests such other and further relief to which creditor is entitled at law or in equity.

Dated:  August 25, 2023         Respectfully submitted:

>WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
>
>By:  */s/ Jeff Carruth*
>    JEFF CARRUTH (TX SBN:. 24001846)
>    24 Greenway Plaza, Suite 2050
>    Houston, TX 77046
>    Telephone: (713) 341-1158
>    Fax: (713) 961.5341
>    E-mail:  jcarruth@wkpz.com
>
>ATTORNEYS FOR HALLIBURTON ENERGY SERVICES, INC.

**CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing item on August 25, 2023 was served to all registered ECF users to have appeared to date in the above-captioned bankruptcy case, which includes the parties listed below.

: */s/ Jeff Carruth*
JEFF CARRUTH

ep