UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| ALPINE SUMMIT ENERGY PARTNERS, INC., *et al* | § § § | Case No. 23-90739 (DRJ) |
| | § | (Jointly Administered) |
| Debtors[1]. | | |

**SUPPLEMENTAL EXHIBIT LIST FOR PALEO OIL COMPANY LLC, ERC ACQUISITIONS I LLC, AND ERC ACQUISITIONS II LLC**

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 23-90739 | Name of Debtor: Alpine Summit Energy Partners, Inc. et al |
| Adversary No: N/A | Style of Adversary: N/A |
| | |
| Witnesses: | |
| | Judge: Hon. David R. Jones |
| | Courtroom Deputy: Vriana Portillo |
| | Hearing Date: August 31, 2023 |
| | Hearing Time: 10:00 AM |
| | Party's Name: Paleo Oil Company LLC, ERC Acquisitions I LLC, ERC Acquisitions II LLC |
| | Attorney's Name: Michael C. Sanders |
| | Attorney's Phone: 713-338-2677 |
| | Nature of Proceeding: Hearing on South Texas Sale [See Docket No. 228] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number, are Alpine Summit Energy Partners, Inc. (3755), HB2 Origination, LLC (6760), Ageron Energy II, LLC (1436), Ironroc Energy Partners LLC (9801), Ageron Ironroc Energy, LLC (N/A), Alpine Summit Energy Investors, Inc. (4428), and Alpine Carbon, LLC (N/A). The location of the Debtors' service address is: 3322 West End Ave, Suite 450, Nashville, TN 37203.

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 9 | Email from Bruce Gates to Reagan Brown and Bill Wicker dated July 25, 2023 | | | | |

Paleo, ERC I, and ERC II reserve the right to use any exhibit listed on any other party's exhibit list. Paleo, ERC I, and ERC II further reserve the right to introduce additional exhibits for the purposes of impeachment or rebuttal.

Dated: August 31, 2023

        Respectfully Submitted,

        SANDERS PLLC

        By:  /s/ Michael C. Sanders
             Michael C. Sanders
             Texas Bar No. 24007981
             5850 San Felipe, Suite 500
             Houston, Texas 77057
             Telephone: 713-493-7547
             Facsimile: 713-347-9569
             Email for Correspondence:
                 mcs@sandersfirm.law
             Email for Electronic Service:
                 eservice@sandersfirm.law

        ATTORNEY FOR PALEO OIL COMPANY, LLC, ERC ACQUISITIONS I LLC, AND ERC ACQUISITIONS II LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 31, 2023, a true and correct copy of the foregoing instrument was served, in accordance with the Federal Rules of Bankruptcy Procedure, via email on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system, including the debtor's counsel, the trustee's counsel, the United States Trustee, and all parties requesting notice.

        /s/ Michael C. Sanders
        Michael C. Sanders