# Bruce Gates

**From:** Bruce Gates
**Sent:** Tuesday, July 25, 2023 3:46 PM
**To:** Reagan Brown; Bill Wicker
**Subject:** Payments

Hey guys,

Looks like you guys are contesting my contract. Doesn't make me happy and I would like to know when Ageron is getting paid for its past invoices. I would like to think that we are a preferred vendor since you are throwing us into that category.

We run professional organization and we will not let the field fall apart for the landowners sake and the well being of all those in the vicinity of the wells.

While I do not like working for free, we will still maintain our responsibilities, but you could at least pay us our past due invoices.

You can live with your own conscience and what you are doing to my company. You damn well know it is not right, but I have come to believe that Craig Perry has no belief in right or wrong.

Maybe that is why you are in the dilemma that you are in, but it is absolutely wrong to pull us down with you.

Please don't respond by telling me it is your lawyers and you have no control. The debtors are in control of the asset and their attorneys.

**PALEO/ERC EXHIBIT 9**