# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| § | | |
| ALPINE SUMMIT ENERGY PARTNERS, *et al.*,[1] § | | Case 23-90739 (DRJ) |
| § | | |
| Debtors. § | | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned counsel to National Oilwell Varco, L.P. ("NOV") hereby enters an appearance in this case pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure and requests that all notices given or required to be given and all papers served or required to be served in this case or any related adversary proceedings be given to and served upon counsel as follows:

> Brian A. Baker
> brian.baker@stacybakerlaw.com
> STACY & BAKER, P.C.
> 5300 Memorial Drive, Suite 270
> Houston, Texas 77007
> Ph: (713) 527-9991 | Fx: (713) 527-9992

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, including, but not limited to, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, however transmitted, which affect or seek to affect this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Alpine Summit Energy Partners, Inc. (3755); HB2 Origination, LLC (6760); Ageron Energy II, LLC (1436); Ironroc Energy Partners, LLC (9801); Ageron Ironroc Energy, LLC (N/A); Alpine Summit Energy Investors Inc. (4428); and Alpine Carbon, LLC (N/A). The location of the Debtors' service address is 3322 West End Ave., Suite 450, Nashville, Tennessee 37203.

PLEASE TAKE FURTHER NOTICE that the foregoing request for notice is not a submission by NOV to the jurisdiction of this Court nor a waiver of its rights to: (a) have final orders in non-core matters entered only after *de novo* review by a District Judge; (b) trial by jury in any proceedings so triable in these cases, controversies, or proceedings related to these cases; (c) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; or (d) assert any other rights, claims, actions, defenses, setoffs, or recoupments to which NOV is or may be entitled to in law or in equity, all of which are expressly reserved.

DATED: September 8, 2023.

Respectfully submitted,

**STACY & BAKER, P.C.**

By: _____
    Brian A. Baker
    State Bar No. 24082648
    brian.baker@stacybakerlaw.com
5300 Memorial Drive, Suite 270
Houston, Texas 77007
Ph: 713-527-9991 | Fx: 713-527-9992

**ATTORNEYS FOR NATIONAL OILWELL VARCO, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023, a true and correct copy of the foregoing document has been served electronically via the Court's CM/ECF system and/or United States Mail, postage pre-paid, to all parties and counsel entitled to receive notice in this case.

_____
Brian A. Baker